# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **METKEL ALANA,** | |
| Plaintiff, | Civil Action No. 7:18cv00420 |
| v. | <u>**REPORT AND RECOMMENDATION**</u> |
| **OFFICER ROSE,** *et al.*, | By:   Pamela Meade Sargent |
| Defendants. | United States Magistrate Judge |

This matter is before the court on the pro se plaintiff's motion for a "hardship transfer." (Docket Item No. 52) ("Motion"). The Motion is based on the plaintiff's treatment at Sussex I State Prison, ("Sussex I"), where he is currently housed as a Virginia Department of Corrections, ("VDOC"), inmate. The Motion seeks injunctive relief ordering the VDOC to transfer the plaintiff to another facility. This action is based on events that occurred while the plaintiff was housed a Red Onion State Prison.  The actions and events alleged in the Motion are not part of the plaintiff's claims in this case, nor should they be, since they occurred since his transfer to Sussex I. Therefore, it is recommended that the court **DENY** the Motion.

## <u>Notice to Parties</u>

Notice is hereby given to the parties of the provisions of 28 U.S.C. §636(b)(1)(C):

> Within fourteen days after being served with a copy [of this Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo

determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

Failure to file written objection to these proposed findings and recommendations within 14 days could waive appellate review. At the conclusion of the 14-day period, the Clerk is directed to transmit the record in this matter to the Honorable Glen E. Conrad, Senior United States District Judge.

The Clerk is directed to send copies of this Report and Recommendation to all counsel of record and unrepresented parties.

DATED: June 12, 2019.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

2